Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Doris Pocasangre

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS POCASANGRE, | ) Case No.: 2:19-cv-04948-SP |
| | ) |
| | ) ~~PROPOSED~~ ORDER OF |
| Plaintiff, | ) DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: December 18, 2019

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE